No. 80–1925. UNITED TRANSPORTATION UNION *v.* LONG ISLAND RAILROAD CO. ET AL. C. A. 2d Cir. [Certiorari granted, 452 U. S. 960.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted, and 15 additional minutes allotted for that purpose. Respondents also allotted 15 additional minutes for oral argument.

No. 81–363. KARR *v.* KARR. Sup. Ct. Mont. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 81–5501. BREEST ET AL. *v.* PERRIN, WARDEN, NEW HAMPSHIRE STATE PRISON, ET AL. C. A. 1st Cir. Motion of petitioners to expedite consideration of the petition for certiorari denied.

No. 81–5351. IN RE LOCKLIN;
No. 81–5356. IN RE MAGEE;
No. 81–5406. IN RE BARNER; and
No. 81–5521. IN RE NEALE. Petitions for writs of habeas corpus denied.

No. 81–5295. IN RE MAGEE. Petition for writ of mandamus and prohibition denied.

No. 81–5182. IN RE SCOTT. Petition for writ of prohibition and for other relief denied.

No. 81–212. SCHWEIKER, SECRETARY OF HEALTH AND HUMAN SERVICES *v.* MCCLURE ET AL. Appeal from D. C. N. D. Cal. Probable jurisdiction noted.

No. 81–9. WASHINGTON ET AL. *v.* SEATTLE SCHOOL DISTRICT NO. 1 ET AL. Appeal from C. A. 9th Cir. Probable jurisdiction noted and case set for oral argument in tandem with No. 81–38, *Crawford* v. *Board of Education of the City of Los Angeles, infra.*